IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARL WOODARD, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v | ) Cause No. 3:08-734-JPG-PMF |
| | ) |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

This matter having come before the Court, the parties having settled some matters and the Court having rendered a decision as to others,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without fees or costs.

**DATED:** July 21, 2009                    JUSTINE FLANAGAN, Acting Clerk

                                                             By:s/Deborah Agans, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**